# UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANA M. RAY, a single person<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign insurance company authorized to conduct business within the State of Washington; and DOES 1-5,<br><br>Defendants. | No. 2:12-cv-00566-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

## ORDER OF DISMISSAL

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation, it is hereby

///

///

ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

    **ORDERED, ADJUDGED, AND DECREED** that all claims asserted against Defendant American Family Mutual Insurance Company in this action shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

    DATED this 17th day of March, 2014.

    *s/Lonny R. Suko*

    Lonny R. Suko
    Senior U.S. District Court Judge